AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| AMERICAN INTERNATION INDUSTRIES, a California Partnership<br><br>*Plaintiff(s)*<br><br>v.<br><br>BODYHONEE, LLC, a Florida limited liability company; and DOES 1-10<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   BODYHONEE, LLC
2030A Tigertail Blvd
Building number 6
DANIA BEACH, FL 33004


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark D. Kremer
    Aleen M. Tomassian
    CONKLE, KREMER & ENGEL
    3130 Wilshire Boulevard, Suite 500
    Santa Monica, CA 90403-2351

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

*CLERK OF COURT*

Date: _____   _____
                                                                                                         *Signature of Clerk or Deputy Clerk*