1  Mark D. Kremer (SB# 100978)
     *m.kremer@conklelaw.com*
2  Aleen Tomassian (SB# 304525)
     *a.tomassian@conklelaw.com*
3  CONKLE, KREMER & ENGEL
   Professional Law Corporation
4  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California  90403-2351
5  Phone: (310) 998-9100 • Fax: (310) 998-9109

6  Attorneys for American International
   Industries

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11 | AMERICAN INTERNATIONAL INDUSTRIES, a California Partnership, | CASE No. 2:17-cv-07662-FMO (RAO) |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 13 | v. | |
| 14 | BODYHONEE, LLC, a Florida limited liability company, | |
| 15 | | |
| 16 | Defendant. | |

0067.263\9962

STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, American International Industries ("Plaintiff"), and Defendant, Bodyhonee, LLC ("Bodyhonee"), by and through their respective undersigned counsel, as follows: Plaintiff's claims against Defendant, and Defendant's counterclaims against Plaintiff, shall be dismissed in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each Party to bear its own costs and fees. The Parties further stipulate and jointly request that the Court retain jurisdiction to enforce the terms of the Parties' Settlement Agreement and General Release pursuant to the terms thereof.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 21, 2018     By: /s/ Aleen Tomassian /s/
                        Aleen Tomassian
                        CONKLE, KREMER & ENGELPLC
                        Attorneys for American International Industries

Dated: May 21, 2018     By: /s/ Adam S. Goldman /s/
                        Adam S. Goldman, Esq.
                        THE CONCEPT LAW GROUP, P.A.
                        Attorney for Bodyhonee, LLC

*Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.